UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK O'BRIEN MURPHY a/k/a, O'BRIEN MURPHY AND BEVERLY MURPHY, | § § § § | |
| Plaintiffs/Counter-Defendants, | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-3278 |
| | § | |
| HSBC BANK USA AS TRUSTEE FOR THE WELLS FARGO ASSET SECURITIES CORPORATION HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2006-1, | § § § § § | |
| Defendant/Counter-Plaintiff. | § | |

## FINAL SUMMARY JUDGMENT

Pursuant to the Order entered on this day granting Counter-Plaintiff's motion for summary judgment on its counterclaim for judicial foreclosure, the Court

ORDERS that FINAL JUDGMENT is GRANTED on all claims and counterclaims in favor of Defendant/Counter-Plaintiff HSBC Bank USA, as Trustee for the Wells Fargo Asset Securities Corporation Home Equity Asset-Backed Certificates, Series 2006-1 ("HSBC") against Plaintiffs/Counter-Defendants Patrick O'Brien Murphy and Beverly Murphy ("the Murphys"). Plaintiffs shall take nothing and shall bear all costs of action. The Court further

ORDERS that HSBC is authorized to execute the judicial foreclosure sale of the Murphys' property at 503 Flaghoist Lane, Houston, Texas, 77079.

THIS IS A FINAL JUDGMENT.

SIGNED at Houston, Texas, this 13th day of December, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE